Nomi Castle (Bar No. 113636)
Robert Nida (Bar No. 196081)
**CASTLE & ASSOCIATES**
**A Professional Law Corporation**
8383 Wilshire Boulevard, Suite 810
Beverly Hills, California 90211-2425
Telephone:  (310) 286-3400
Facsimile:   (310) 286-3404
Email: rnida@castlelawoffice.com

Attorneys for Plaintiff RONALD TUTOR

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD TUTOR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SDM TRANSPORT INC., an Illinois corporation; GLOBALTRANZ ENTERPRISES, INC., an Arizona corporation; MOVIN' IT, LLC, a Colorado limited liability company and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | **Case No. 2:16−cv−01148 MWF(SPx)**<br><br>Assigned to Honorable Michael W. Fitzgerald<br><br>**ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

Case No. 2:16−cv−01148 MWF(SPx)

ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ronald Tutor, and Defendants SDM Transport, Inc. and GlobalTranz Enterprises, Inc., constituting all of the remaining parties in this action, submitted a stipulation of voluntary dismissal with prejudice of this entire action.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT this action is dismissed, with prejudice. Pursuant to the terms of the stipulation filed by the parties, each party shall bear its own costs and attorneys' fees.

The Court further ORDERS that the Show Cause Dismissal hearing scheduled for **October 31, 2016**, is vacated and the case be closed.

IT IS SO ORDERED.

DATED: October 19, 2016          CENTRAL DISTRICT OF CALIFORNIA

By: _____
The Honorable Michael W. Fitzgerald